[No. 24740-6-III.  Division Three.  January 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WELDON M. HOLLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-8-00739-5, Ellen K. Clark, J., entered November 14, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 24894-1-III.  Division Three.  January 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIELLE L. HOFSTETTER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-8-00439-6, Kenneth L. Jorgensen, J., entered January 9, 2006. *Reversed* and *remanded* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 55454-9-I.  Division One.  January 16, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KEITH KOMORA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02745-1, Richard J. Thorpe, J., entered November 30, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 55535-9-I.  Division One.  January 16, 2007.]

NEW WEST FISHERIES, INC., *Appellant*, v. MARK M. HOUGH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-32045-7, Carol A. Schapira, J., entered December 10, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Grosse and Ellington, JJ.